ELIZABETH B. SALISBURY, Appellant, v. WARREN F. SALISBURY, Respondent.— Order modified and as modified affirmed, without costs of this appeal to either party. All concur.. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

BERTRAM E. WILSON, Respondent, v. NEW YORK RAILWAYS CORPORATION, Appellant, Impleaded with Another, Defendant.— Order affirmed, without costs of this appeal to either party, upon the ground that the appellant is not aggrieved. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ROSE CONTRASTINO, Respondent, v. THOMAS RYAN'S CONSUMERS BREWING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

GLORIA CONTRASTINO, an Infant, etc., Respondent, v. THOMAS RYAN'S CONSUMERS BREWING COMPANY, Appellant.— Order affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

WALTER B. CASE, Respondent, v. ARTHUR SALLS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event. The number of witnesses who can testify to material facts preponderates in favor of the defendant, the action is transitory, and the mishap occurred in St. Lawrence county. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ISABELLA A. CONWAY, Respondent, v. WILLIAM A. CONWAY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Taylor and Thompson, JJ., who dissent and vote for reversal on the ground that the papers do not show any reasonable likelihood of plaintiff's success in her action. (See Collins v. Collins, 71 N. Y. 269, and Werner v. Werner, 204 App. Div. 791.) Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

EAST SYRACUSE MOTOR CAR COMPANY, Appellant, v. RUSSELL TUTTLE, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the County Court, in the absence of an appeal, was without power to set aside the judgment of the Justice's Court. (See Justice Court Act, § 426, and Broga v. Seelye, 229 App. Div. 747.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. HENRY W. KNICKERBOCKER, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MADELYN K. HOPKINS, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 18796.) — Judgment affirmed, with costs, on the sole ground that the trial court found upon sufficient evidence that the State was free from negligence in the maintenance of the road. Finding of fact No. 30 and conclusion of law No. 1, contained in the decision, and finding of fact No. 45, contained in defendant's requests to find, are disapproved and reversed. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ALICE H. MAILMAN and Another, Respondents, v. THEODORE ARNOLD, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby. JJ.